

# NUMBER 13-21-00394-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ATIYA DHALA, M.D.,                                         **Appellant,**

**v.**

ELIAZAR COSTILLA, INDIVIDUALLY
AND AS THE REPRESENTATIVE OF
THE ESTATE OF KRISTY RENEE
COSTILLA, DECEASED, AND AS NEXT
FRIEND OF A.J.C. AND C.K.C, MINORS,
MELINDA RODRIGUEZ LEAL, AND
CAMILO TREVINO,                               **Appellees.**

## On appeal from the 197th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Hinojosa, Tijerina, and Silva**
**Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellant's unopposed motion to dismiss.

Appellant appealed the trial court's October 21, 2021 order denying her motion to dismiss.

On December 14, 2021, the trial court subsequently granted appellant's motion to dismiss and dismissed appellees' claims against appellant thereby granting the relief she seeks in this appeal. Appellant's appeal is therefore moot. Thus, appellant's issue complaining of the trial court's failure to dismiss has been remedied, and we conclude that this appeal is therefore moot. *See Flamingo Permian Oil & Gas, L.L.C. v. Star Expl., L.L.C.*, 569 S.W.3d 329, 331 (Tex. App.—El Paso 2019, no pet.) (dismissing an appeal as moot when the three complained-of appellate issues were remedied by the trial court's issuance of a subsequent order executed while the appeal was pending); *State v. Garza*, 774 S.W.2d 724, 727 (Tex. App.—Corpus Christi–Edinburg 1989, pet. ref'd) ("It is axiomatic that a cause becomes moot when the appellate court's judgment cannot have any practical legal effect upon a controversy.").

We dismiss the appeal as moot.

JAIME TIJERINA
Justice

Delivered and filed on the
6th day of January, 2022.

2